UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

LUIS ANGEL TORRES-MEJIA,

        Petitioner,

v.

DONALD J. TRUMP et al.,

        Respondents.
_____/

Case No. 1:25-cv-1623

Honorable Jane M. Beckering

## ORDER TO SHOW CAUSE

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement, challenging the lawfulness of Petitioner's current detention.

The Court has reviewed the application pursuant to 28 U.S.C. § 2243, and Orders as follows:

1. On or before the third business day after entry of this Order, Respondents shall show cause in writing why the writ of habeas corpus and other relief requested in the petition should not be granted.

2. Petitioner shall file a written reply on or before the third business day after Respondents file their response to the order to show cause.

3. In Respondents' response and Petitioner's reply, the parties shall address any issues of fact that must be resolved.

4. The Court will schedule a hearing, if necessary, after the parties have filed their submissions.

**IT IS SO ORDERED**.

Dated:    December 8, 2025                                /s/ Jane M. Beckering
                                                          Jane M. Beckering
                                                          United States District Judge