UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LUIS ANGEL TORRES-MEJIA,

        Petitioner,

v.

        Case No. 1:25-cv-1623

        Honorable Jane M. Beckering

DONALD J. TRUMP et al.,

        Respondents.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's "motion for emergency consideration of stay request" (ECF No. 4) is **DISMISSED** as moot to the extent that it seeks a stay pending a decision on the petition and **DENIED** for lack of jurisdiction to the extent that it seeks a stay of removal generally.

Dated:   December 19, 2025           /s/ Jane M. Beckering
                                                           Jane M. Beckering
                                                           United States District Judge