UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LUIS ANGEL TORRES-MEJIA,

        Petitioner,

v.

DONALD J. TRUMP et al.,

        Respondents.

_____/

Case No. 1:25-cv-1623

Honorable Jane M. Beckering

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is conditionally **GRANTED** as set forth herein.

**IT IS FURTHER ORDERED** that Respondents are directed to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within five business days of the date of this Judgment, or, in the alternative, immediately release Petitioner from custody.

**IT IS FURTHER ORDERED** that within six business days of the date of this Judgment, Respondents shall file a status report with the Court to certify compliance with the Court's Opinion and Judgment. The status report shall include if and when the bond hearing occurred, if bond was granted or denied, and if bond was granted, the conditions of the bond, or if bond was denied, the reasons for the denial.

**IT IS FURTHER ORDERED** that the President of the United States, the Attorney General of the United States, the Acting Director of ICE, and the CEO of The GEO Group, Inc. are **DISMISSED** as Respondents in this matter.

**IT IS FURTHER ORDERED** that the Clerk's Office shall substitute the Detroit ICE Field Office Director as a proper Respondent in this action.

Dated:   December 19, 2025           /s/ Jane M. Beckering
                                                                Jane M. Beckering
                                                                 United States District Judge